UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Jose A. Gutierrez,                                          Case No.: 18-24428-AJC
                                                                    Chapter 13

_____Debtor,\

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification Mediator, for the property located at: 9130 NW 162nd Terr. Miami Lakes, FL, 33018, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on May 15, 2019 and the following parties were present:

1. [ X ] The Debtor, Jose A. Gutierrez, and his attorney, Jose Funcia.
2. [ ]  There was no Co-Obligor involved in this case.
3. [ X ] The Lender's representative, Aldo Jimenez, and Leslie Rushing, Lender's counsel.
4. [ ] Other: _____

**B.**   The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.**   The result of the MMM conference is as follows:

1. [ X ] The parties reached an agreement.
2. [ ] The parties did not reach an agreement.

Dated: May 16, 2019                         /S/ *Betsy F. Yegelwel*
                                            Signature of Mediator
                                            Print name: Betsy F. Yegelwel, Esq.
                                            Address: 2150 SW 13th Avenue
                                            Miami, FL 33145
                                            Telephone: 305-858-2706
                                            Email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation
LMM-LF-11 (04/01/13)